GRACE F ADERINTO
111 W 3RD AVE
SPOKANE, WA 99201
(509) 455-2886

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRACE F ADERINTO<br><br>PLAINTIFF<br><br>V.<br><br>BARRACK HUSSEIN OBAMA,<br>A SOVEREIGN NATION,<br>BARRACK HUSSEIN OBAMA,<br>US DEPARTMENT OF DEFENSE,<br>US DEPARTMENT OF JUSTICE,<br>US DEPARTMENT OF FINANCE (TREASURY)<br>THE WHITE HOUSE<br><br>DEFENDANTS | COMPLAINT<br><br>CV-09-373-JLQ |

PLAINTIFF ALLEGES:

(1.) THE DISTRICT COURT HAS JURISDICTION UNDER 28. U.S.C. AS DEFENDANTS ARE FEDERAL

RECEIVED
DEC 14 2009
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

①

DEFENDANTS.

(2) THIS DISTRICT COURT HAS VENUE BECAUSE DEFENDANT IS A RESIDENT OF SPOKANE COUNTY, WASHINGTON STATE.

(3)

*Grace Aderinto*

GRACE F ADERINTO

12/14/2009.

# COMPLAINT

I am the plaintiff, Grace F. Aderinto and also the pro se litigant. I will therefore write my complaint, reffering to myself in the third person format.

My complaint is against the federal defendants for continuation of violations of my human rights and civil rights which started under the administration of former President George W Bush. The defendants continue to use the former president's method to reach me through a vanguard, people representing political personal intrests and financial aspirations.

As a United States citizen, I returned to the United States at a time Italian CIA accused former President Bush of forging a document concerning uranium ore. I returned to the states after living in Nigeria with my Nigerian parents for 17 years.

Since then, I have joined the Army, performed active duty, separated from the army, taken up civil jobs and attempted to get a bachelors degree in electrical

3

ELECTRONICS AND COMPUTER ENGINEERING. INSTEAD OF THE SUCCESS EXPECTED OF A RESPONSIBLE INDIVIDUAL AS I AM, VIOLATIONS OF MY CIVIL RIGHTS AND HUMAN RIGHTS BY ORGANIZATIONS SUCH AS EMPLOYERS AND UNITED STATES CITIZENS HAVE DELAYED MY PROGRESS. THE FOLLOWING IS A BRIEF DESCRIPTION.

① FEDERAL GOVERNMENT

(a) DURING FORMER PRESIDENT BUSH'S (2001-2008) ADMINISTRATION, THE ARMY WAS A VANGUARD REPRESENTING POLITICAL INTRESTS AND OPPOSITION TO MY ARMY CAREER THROUGH SOLDIERS.

(b) I WAS INJECTED WITH A LETHAL INJECTION DURING ACTIVE DUTY WHICH CAUSED UNCONSCIOUSNESS AND INVASION OF MY PRIVACY. (TELEMETRY FLUID). THE INTENT WAS MURDER BUT I SURVIVED IT AND WAS ONLY UNCONSCIOUS INSTEAD.

(c) I WAS TRIED AS A CONSCIENTIOUS OBJECTOR BUT SEPARATED ON ERRONEOUS ENLISTMENT DUE TO THE ITALIAN CIA, NIGER AND URANIUM ORE SURROUNDING MY LIVING IN NIGERIA FOR 17 YEARS.

(d) THE FEDERAL GOVERNMENT THROUGH THE DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE AND DEPARTMENT OF TREASURY, FINANCE

④

HAVE CONTINUED TO INVADE MY PRIVACY USING TELEMETRY WHICH IS SIMILAR TO ACCESSING A COMPUTER THROUGH A ROUTER FOR INTERNET USE. THE DIFFERENCE IS THAT THE PERSON ON TELEMETRY IS NOW THE COMPUTER.

MY IDEAS, ABILITIES AND PLANS FOR FUTURE BUSINESS ASPIRATIONS AND ESTABLISHMENTS HAVE BEEN USED THROUGH THE ABOVE EXPLANATION THE MOST IMPORTANT IDEA BEING AN INVENTION THROUGH INVENT HELP, WHICH I HAVE AS EVIDENCE ON HARD COPY PAPER. (JUNE 2006 - PRESENT).

(2) CIVILIAN LIFE.

IN A CITUATION SIMILAR TO VALERIE PLAME WILSON'S, MY PRIVACY IS INVADED BY THE AFFOREMENTIONED METHOD BY A SOVEREIGN NATION, UNITED STATES CITIZENS. I MAY NOT HAVE AN EXACT DATE BUT MY CIVILIAN RIGHTS AND HUMAN RIGHTS TO LIVE A DECENT LIFE, MAINTAIN A DECENT JOB, BE SECURED IN MY PRIVATE LIFE ACCORDING TO THE 4TH AMMENDMENT HAVE BEEN ABUSED BY EMPLOYERS AND SCHOOLS.

employers, by reducing my hourly pay due to having electronic access to my privacy, so that it affects payment of bills on time, and monthly apartment rents.

Schools, by working with employers and others in my life who could affect hours needed for study and concentration towards a bachelors degree.

Violation of the Sherman Act of 1890 by big software giants such as Microsoft who through this invasion of privacy forsaw my attempts to obtain a college degree that leads to becoming a competitive software business and all vocational schools and colleges that I attempted to attend discriminated against my financial conditions so that school attendance was difficult.

Invasion of my telephone conversations by AT&T employees so that secrets of Microsoft in third world contries, in my phone conversations were heard.

The federal government continues to abuse me through the Department of Defense, whose CIA and FBI are responsible for continuing the injection of telemetry, needed to run this human computer.

There is another defendant now at the Supreme Court levels in Arizona State by the name Charles A. Schund III.

Case No. CV03-1590 PHX VAM.

He has experienced exactly what I am experiencing. He has been framed as a drug dealer because telemetry acts like drugs. In my situation, the federal government is making me look like a psychiatric patient through federal government workers, such as law enforcement and mental health workers.

I am currently stalked by those who have info of the hard copy inventions I possess and another one, both in developmental stages. For this I am mentally ill for confronting them, sent to a psychiatric ward

(7)

LIED ON AS HAVING PARANOIA AND DENIED
JURY TRIAL THAT PROVES THE MENTAL HEALTH
WORKER LIED, INSTEAD OF ME HAVING PARANOIA.
I WAS RELEASED RECENTLY FROM SACRED
HEART HOSPITAL AFTER BEING MADE AN
INVOLUNTARY PATIENT AND GIVING ZYPREXA,
A DRUG THAT INCREASES CHANCES OF DIABETES
AND SLOWLY KILLS. THIS, WHILE I AM PREGNANT,
AND THE PREGNANCY CONCEALED BY TESTS AT
THE HOSPITAL. FRCP RULE 26(f), RULE 30(a)(2)(c)

I HAVE ATTEMPTED TED TO GO TO COURT IN
SOUTH CAROLINA, AT THE FEDERAL COURT IN
COLUMBIA BECAUSE OPPOSITION BY A SOVEREIGN
NATION MADE ME JOBLESS WITHOUT BEING ABLE TO
FINISH MY CAA PAYMENTS. I RECEIVED NO JUSTICE
INSTEAD, PRESIDENT BARRACK HUSSEIN OBAMA AND
OTHER POLITICIANS USED INTERIORITY THROUGH
TELEMETRY TO CONTINUE AN ABUSE THAT BEGUN
DURING THE BUSH ADMINISTRATION. I WAS TO BE
PUSHED INTO BANKRUPTCY, STARTING WITH PACER
(PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) BY NOT
EXEMPTING MY POVERTY CONDITIONS

⑧

I AM A RESPONSIBLE INDIVIDUAL WHO HAS A LOT OF BUSINESS ASPIRATIONS. THOUGH ABUSED BY INVASION OF MY THOUGHTS AND BELIEVES THAT I AM DESTINED FOR A SIMILAR ROLE AS VICE PRESIDENT JOSEPH IN THE BIBLE, I CANNOT ALLOW THIS INVASION OF MY PRIVACY TO DETER MY DESTINY.

I HAVE BEEN REDUCED TO RECEIVING GENERAL ASSISTANCE FOR THE UNEMPLOYABLE, FOOD STAMPS WHILE SOCIAL SECURITY IS PENDING. I AM UNEMPLOYABLE BECAUSE THE WHOLE NATION IS INVOLVED IN EMPLOYERS DAILY LIVES. PEOPLE WHO VALUE BUSINESS PRIVACY.

I NEED TO BE ABLE TO PERFORM SURGERY TO REMOVE THE TELEMETRIC SUBSTANCE THROUGH ENT (EARS NOSE AND THROAT SURGERY) I NEED TO SUBMITT A SWORN AFFIDAVIDAVIT AGAINST THOSE WHO ARE GOING TO COURT IN MY ABSCENCE USING ELECTRONIC THOUGHTS OF MINE TO FRAME DECEITFUL SITUATIONS. ABOVE ALL I NEED BUSINESS PRIVACY TO PROCEED WITH MY INVENTIONS.

I THEREFORE SUBMITT THIS COMPLAINT ALONGSIDE THE PETITION TO PROCEED THIS CASE IN FORMA PAUPERIS, SO THE DEFENDANTS CAN BE STOPPED SINCE 2001. SO THAT A SOVEREIGN NATION CAN STOP VIOLATING MY CIVIL RIGHTS AND HUMAN RIGHTS AN EXAMPLE, FREDDIE MAE AND FRANNIE MAE AND MY ESCALATING AND DE-ESCALATING STUDENT LOANS.

SINCERELY,

*[signature]*

GRACE F ADEMINTU

12/14/2009