AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GRACE F. ADERINTO,

        Plaintiff,

        v.

BARRACK HUSSEIN OBAMA, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-373-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Complaint (Ct. Rec. 4) and Amended Complaint (Ct. Rec. 10) and the claims therein asserted by the Plaintiff are DISMISSED with prejudice and without leave to amend. File closed.

| | |
|---|---|
| February 9, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |